UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
ESPINOZA,

                Plaintiff(s),    **NOTICE OF COURT CONFERENCE**

    -against-

42-15 235TH STREET,    12 civ 5722 (JGK)

                Defendant(s).
------------------------------------------------------X

To All Parties,

    You are directed to appear for a pretrial conference, to be held on **Thursday, September 27, 2012** in Courtroom 12B, at 4:30pm in front of the Honorable John G. Koeltl.

    **All requests for adjournments must be made in writing to the Court.**

    For any further information, please contact the Court at (212) 805-0107.

                                                   Don Fletcher
                                                   Courtroom Case Manager

Dated: New York, New York
          August 3, 2012

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/3/2012
```