United States District Court
Southern District of New York

---

Luis Olmedo Espinoza, et al.,

                                  Plaintiff(s)

-against-

42-15 235th Street Hospitality, LLC., et al.,

                                  Defendant(s)

AFFIDAVIT OF SERVICE

Civil Action No. 12 CV 5722

---

State of New York )
                    ss:
County of Albany )

Mary M. Bonville, being duly sworn, deposes and says:

Deponent is over the age of eighteen and is a resident of New York State and is not a party to this action. That on July 31, 2012 at approximately 1:10 PM deponent served the following specific papers pursuant to Section 303 of the Limited Liability Company Law: Summons in a Civil Action and Complaint, that the party served was 1460 Second Avenue Restaurant Group, LLC, a domestic limited liability company, one of the defendants in this action, by personally serving two copies of the aforesaid papers at the office of the NYS Secretary of State located at 99 Washington Avenue, 6th Floor, in the City of Albany, New York by delivering to and leaving the papers with Donna Christie, a white female with blonde hair, being approximately 46-55 years of age; height of 5'4" - 5'8", weight of 130-160 lbs., being an authorized person in the Corporation Division of the Department of State and empowered to receive such service. That at the time of making such service, deponent paid the fee prescribed by Law in the amount of $40.00.

                                                                  _____
                                                                          Mary M. Bonville

Sworn to before me this 31st day of July, 2012

_____
Ruth A. Dennehey
Notary Public — State of New York
Qualified in Albany County
Registration No. 01DE4729775
Commission Expires: 11-30-2014