UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

LUIS OLMEDO ESPINOZA, individually and on behalf of all other persons similarly situated who were employed by 42-15 235TH STREET HOSPITALITY, LLC. formerly known as SOUTHERN HOSPITALITY RESTAURANT GROUP, LLC, 1460 SECOND AVENUE RESTAURANT GROUP, LLC and/or EYTAN SUGARMAN and/or any other entities affiliated with, controlling, or controlled by 42-15 235TH STREET HOSPITALITY, LLC., 1460 SECOND AVENUE RESTAURANT GROUP, LLC and/or EYTAN SUGARMAN,

            Plaintiffs,

-against-

42-15 235TH STREET HOSPITALITY, LLC. formerly known as SOUTHERN HOSPITALITY RESTAURANT GROUP, LLC and/or EYTAN SUGARMAN and/or any other entities affiliated with, controlling, or controlled by 42-15 235TH STREET HOSPITALITY, LLC., 1460 SECOND AVENUE RESTAURANT GROUP, LLC and/or EYTAN SUGARMAN, individually,

            Defendants.

---------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: AUG 14 2012

Civ. No.: 12-5722
Koeltl, J.

**STIPULATION EXTENDING DEFENDANTS' TIME
TO RESPOND TO PLAINTIFF'S COMPLAINT**

  IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Luis Olmedo Espinoza ("Plaintiff") and Defendants sued herein as 42-15 235TH STREET HOSPITALITY, LLC, 1460 SECOND AVENUE RESTAURANT GROUP, LLC and EYTAN SUGARMAN ("Defendants"), through their undersigned attorneys who state that they have been authorized to enter into this Stipulation, that any obligation on the part of Defendants to answer or otherwise respond to the Complaint in this matter shall be extended until and including September 20, 2012; and

  IT IS FURTHER STIPULATED AND AGREED, by and between Plaintiff and

Defendants, that no previous requests for an extension of the current putative deadline to respond of August 21, 2012 have been made.

Dated: Aug 10, 2012          By: _____
                                  Lloyd Ambinder, Esq.
                                  Kara Miller, Esq.
                                  VIRGINIA & AMBINDER, LLP
                                  111 Broadway, Suite 1403
                                  New York, New York 10006
                                  (212) 943-9080
                                  *Attorneys for Plaintiff*

Dated: Aug. 13, 2012          By: _____
                                  Marc S. Wenger, Esq.
                                  Noel Tripp, Esq.
                                  JACKSON LEWIS LLP
                                  58 S. Service Road, Suite 410
                                  Melville, New York 11747
                                  (631) 247-0404
                                  *Attorneys for Defendants*

SO ORDERED THIS 14th
DAY OF Aug., 2012.

_____ PART I
United States District Judge
ALISON J. NATHAN

4830-3562-4464, v. 1