## FORMULARIO DE CONSENTIMIENTO PARA UNIRSE

Al firmar este documento yo, __Angel German Lopez__ (Escribe su nombre), doy consentimiento para participar en esta demanda. Contra __Sathem Hospitality__.

Firma: X __Angel Lopez__   Nombre en Imprenta: X __ANGEL LOPEZ__

Dirección: ███████████████████████████████

Código Postal: ███████ Apt ███████ Número Telefónico ███████████

Correo Electrónico: ███████████████████