## FORMULARIO DE CONSENTIMIENTO PARA UNIRSE

Al firmar este documento yo, _X Pedro Ezequiel Lopez Espinoza_ (Escribe su nombre), doy consentimiento para participar en esta demanda..

Firma: _X PEDRO LOPEZ_ . Nombre en Imprenta: _X Pedro Ezequiel Lopez-Espinoza_

Dirección: █████████████

Código Postal: ██████ Apt. ███ Número Telefónico: ████████████

Correo Electrónico: ████████████████