UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LOUIS OLMEDO ESPINOZA, ET AL.,

                    Plaintiffs,           12 Civ. 5722 (JGK)

        - against -             ORDER

42-15 235TH STREET HOSPITALITY,
L.L.C., ET AL.,

                    Defendants.

---

JOHN G. KOELTL, District Judge:

As stated at today's conference, the parties shall submit a letter to the Court by **October 12, 2012**, regarding the collective action notice and any amendments to the Complaint.

SO ORDERED.

Dated:      New York, New York
           September 27, 2012

                                    John G. Koeltl
                              United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# 
DATE FILED: 9/28/12